O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN JONES,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY SANTORO, Warden,<br><br>    Respondent. | Case No. 2:19-cv-10868-ODW-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the initial Report and Recommendation of the Magistrate Judge, the Final Report and Recommendation of the Magistrate Judge, and the other records on file herein. Further, the Court has engaged in a de novo review of those portions of the initial Report and Recommendation to which objections (Dkt. 13) have been made. The Court accepts the final report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice as untimely.

DATED: June 1, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE