JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN JONES, | Case No. 2:19-cv-10868-ODW (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KELLY SANTORO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice as untimely.

DATED: June 1, 2020    _____

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE